## DYKES v. MARKHAM *et al.*

No. 4104.   Opinion Filed January 26, 1915.

(146 Pac. 434.)

**APPEAL AND ERROR—Briefs—Dismissal.**   No briefs having been filed on behalf of the plaintiff in error, nor cause shown for the failure to file at the time the cause is assigned for submission, the appeal will be treated as abandoned, and accordingly dismissed.

(Syllabus by Moore, C.)

*Error from District Court, Cherokee County;*

*John H. Pitchford, Judge.*

Action by C. D. Markham and another, doing business as the Tahlequah Lumber Company, against A. H. Dykes, guardian. Judgment for plaintiffs, and defendant brings error. Dismissed for failure to file brief.
ty, at its February term, 1912, against the plaintiff in error

*J. I. Coursey,* for plaintiff in error.

Opinion by MOORE, C.   Petition in error, with transcript attached, was filed in this court on June 20, 1912, complaining of a judgment rendered by the district court of Cherokee coun-

and in favor of the defendants in error, for $1,596.20, together with costs of suit, and that the sum of $1,553.54 on deposit with the First National Bank of Tahlequah, Okla., to the credit of A. H. Dykes, guardian, be applied to the payment of such judgment. The cause was assigned for submission on January 18, 1915.

No briefs have been filed by either party as required by rule 7 of the court (38 Okla. vi, 137 Pac. ix), nor cause shown for such failure.

Following the settled practice, the appeal will be deemed to have been abandoned by the' plaintiff in error, and is accordingly dismissed.

By the Court: It is so ordered.